**Michele ANDERSON, Appellant,**

v.

**INTERNATIONAL SCHOOLS, LLC,**
**and Division of Employment**
**Security, Respondents.**

**No. ED 104950**

Missouri Court of Appeals,
Eastern District,
DIVISION TWO.

FILED: April 25, 2017

Aryka Moore, O'Fallon, MO, for Appellant.

Sheldon David Korlin, Brett Benjamin Caban, Clayton, MO, Bart Anton Matanic, Jefferson City, MO, for Respondents.

Before Sherri B. Sullivan, P.J., Roy L. Richter, J., and Colleen Dolan, J.

ORDER

PER CURIAM

Michele Anderson ("Claimant") appeals from the decision of the Labor and Industrial Relations Commission ("Commission") denying Claimant unemployment benefits. We have reviewed the briefs of the parties and the record on appeal and find no error of law. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed pursuant to Rule 84.16(b).